In the Matter of LYNETTE L., Appellant, v RICHARD K. A., Respondent. [621 NYS2d 1009] —Order unanimously affirmed without costs. Memorandum: Family Court did not err in dismissing the petition to modify the custody order without conducting a hearing. Petitioner failed to make a sufficient evidentiary showing to warrant a hearing *(see, Alessandro v Alessandro,* 172 AD2d 1078; *David W. v Julia W.,*

158 AD2d 1, 6-7). (Appeal from Order of Ontario County Family Court, Harvey, J.—Modify Custody.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.